UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                            CASE NO.  3:06cr96LAC

TOMMY EUGENE MCPHERSON

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on   December 14, 2006
Motion/Pleadings:  MOTION FOR SEVERANCE
Filed by DEFENDANT                 on  12/1/2006       Doc.# 42
RESPONSES:
BY GOVERNMENT                      on 12/13/2006       Doc.# 48
                                   on                  Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed     _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 19th day of December, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b) Government's presentation of statements will be governed by* Bruton*.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.