# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                CASE NO.  3:06cr96LAC

TOMMY EUGENE MCPHERSON

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  March 30, 2007

Motion/Pleadings: RENEWED MOTION FOR JUDGMENT OF ACQUITTAL

Filed by DEFENDANT             on 2/27/2007        Doc.# 61

RESPONSES:

BY GOVERNMENT                  on 3/8/07           Doc.# 72

_____                          on _____            Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of March, 2007, that:*

*(a) The relief requested is* **DENIED.**

*(b)* _____

                                                                 s/ *L.A. Collier*
                                                           ***LACEY A. COLLIER***
                                         ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.